# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D21-3239

———————————————

DEREK GRIFFIN,

Petitioner,

v.

ANGELA GRIFFIN,

Respondent.

———————————————

Petition for Writ of Prohibition—Original Jurisdiction.

September 9, 2022

PER CURIAM.

DISMISSED.

ROWE, C.J., and BILBREY and TANENBAUM, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Derek Griffin, pro se, Petitioner.

No appearance for Respondent.